IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PISCES ENERGY, LLC | § | CASE NO. 09-36591 |
| PALM ENERGY PARTNERS, LLC | § | (Chapter 11) |
| | § | (Jointly Administered) |
| | § | |
| DEBTORS | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(g) and 9010(b), Apache Corporation, a creditor and party in interest herein, hereby gives notice of its appearance in said case by and through its counsel, and requests copies of all notices and/or pleadings issued or filed in the above-referenced bankruptcy case.  All such notices should be sent to this creditor in care of:

      John P. Melko
      Gardere Wynne Sewell LLP
      1000 Louisiana, Suite 3400
      Houston, Texas 77002-5011
      E-mail:  jmelko@gardere.com
      Facsimile;  (713) 276-6727

      Clinton R. Snow
      GARDERE WYNNE SEWELL LLP
      1000 Louisiana, Ste. 3400
      Houston, Texas 77002
      E-mail:  csnow@gardere.com
      Facsimile: (713) 276-6131

DATED:  September 3, 2009.

                Respectfully submitted,

                */s/John P. Melko*
                John P. Melko
                State Bar No. 13919600
                Gardere Wynne Sewell LLP
                1000 Louisiana, Suite 3400
                Houston, Texas 77002-5011
                713-276-5727 (*direct dial*)
                713-276-6727 (*direct fax*)
                jmelko@gardere.com (*email*)

                *ATTORNEY-IN-CHARGE FOR APACHE CORPORATION*