UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NOs. |
| PISCES ENERGY, LLC | § | 09-36591-H5-11 |
| PALM ENERGY PARTNERS, LLC | § | 09-36593-H5-11 |
| | § | |
| DEBTOR IN POSSESSION | § | (Jointly Administered) |
| | | CHAPTER 11 |

NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Christopher W. Barnes; (*Interim Chairman*) Apache Corporation; 2000 Post Oak Blvd, Houston, TX 77056;   713-296-6511 Telephone, 713-296-6481 Facsimile; chris.barnes@Apachecorp.com.

2. Christopher J. Ryan; Baker Hughes Oilfield Services, Inc., 2929 Allen Parkway #2100; Houston, TX 77019;  713-439-8771 Telephone, 713-439-8778 Facsimile; chris.ryan@bakerhughes.com.

3. Christopher Hebert; Knight Well Services, Inc., P.O. Box 52688, Lafayette, LA 70505; 337-233-0464 Telephone, 337-233-9717 Facsimile, chebert@knightoiltools.com.

4. Ron Mattingly, CFO; Talen's Marine & Fuel LLC, P.O. Box 1040, Lafayette, LA 70505; 337-774-5480 Telephone, 337-774-3503 Facsimile, ron@talensmarine.com.

5. Waltraud K. Springob, The Grand, Ltd.; 13385 Murphy Road; Stafford, TX 77477; 281-499-4333 Telephone, 281-499-4333 Facsimile, wspringob@laredogroup.org.

6.     Ed Frank, Lexon Insurance Company; 777 Post Oak, Suite 330; Houston, TX 77056; 713-355-1313 Telephone, 713-355-3101, efrank@indemco.com.

        Respectfully submitted,

        CHARLES F. McVAY
        UNITED STATES TRUSTEE

        By:  /s/ Christine A. March
        Christine A. March
        Texas Bar No. 12968020
        515 Rusk, Suite 3516
        Houston, TX 77002
        Telephone:  (713) 718-4650 Ext. 239
        Facsimile:  (713) 718-4670
        Christine.a.march@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below at the addresses listed below on the 15th of September, 2009.

          S/s Christine A. March
         Christine A. March
         Attorney for the United States Trustee

<u>DEBTOR:</u>
Pisces Energy, LLC
3850 N. Causeway Blvd.
Suite 1770
Metairie, LA 70002


<u>DEBTOR'S COUNSEL:</u>
Patrick Lamont Hughes
Haynes & Boone LLP
1221 McKinney
Suite 2100
Houston, TX 77010


<u>CREDITOR COMMITTEE MEMBERS:</u>

Christopher W. Barnes
Apache Corporation
2000 Post Oak Blvd
Houston, TX 77056
chris.barnes@Apachecorp.com

Christopher J. Ryan
Baker Hughes Oilfield Services, Inc.,
2929 Allen Parkway #2100
Houston, TX 77019
chris.ryan@bakerhughes.com

Christopher Hebert
Knight Well Services, Inc.,
P.O. Box 52688
Lafayette, LA 70505
chebert@knightoiltools.com

Ron Mattingly, CFO
Talen's Marine & Fuel LLC
P.O. Box 1040, Lafayette, LA 70505
ron@talensmarine.com.

Waltraud K. Springob
The Grand, Ltd.
13385 Murphy Road
Stafford, TX 77477
wspringob@laredogroup.org.

Ed Frank
Lexon Insurance Company
777 Post Oak, Suite 330
Houston, TX 77056
efrank@indemco.com