UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

IN RE:

PISCES ENERGY, LLC        *     CASE NO: 09-36591

     Debtor                     *

*************************************************************

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Matthew D. McConnell of the law firm of Elmore & McConnell, LLP, on behalf of Talen's Marine & Fuel, LLC, files this Notice of Appearance and requests notice of all pleadings, proceedings, hearings, and reports filed in the above-captioned proceeding be sent to

         Matthew D. McConnell
         700 St. John Street, Suite 401
         Lafayette, LA 70501
         Tel: (337) 233-2417
         Fax: (337) 233-8417

         Respectfully submitted,

         ELMORE & McCONNELL, LLP


     BY:    *s/Matthew D. McConnell*
         MATTHEW D. MCCONNELL #24548
         700 St. John Street, Suite 401
         Lafayette, LA 70501
         Tel: (337) 233-2417
         Fax: (337) 233-8417

         Attorney for Talen's Marine & Fuel, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery             ( )   Prepaid U.S. Mail

( )   Facsimile                 ( )   Federal Express

(X) Electronic Mail

Lafayette, Louisiana, this 21 day of September, 2009.

*s/Matthew D. McConnell*
MATTHEW D. MCCONNELL #24548