United States Bankruptcy Court
For the Southern District Of Texas

| Pisces Energy, LLC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 09-36591 |
| | } Amount $1,320.00 |
| Debtor | |

*United States Courts*
*Southern District of Texas*
*FILED*

*DEC 29 2009*

*Clerk of Court*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**GATOR TANK RENTALS, INC.**
**P.O. BOX 2898**
**MORGAN CITY, LA 70381**

The transfer of your claim as shown above in the amount of **$1,320.00** has been transferred to:

> Liquidity Solutions Inc.
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

*E.H.*

Eric Horn
Liquidity Solutions Inc.
(201) 968-0001

3090155

**TRANSFER NOTICE**

Gator Tank Rentals, Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Pisces Energy, LLC (the "Debtor"), in the aggregate amount of **$1,320.00**, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Southern District of Texas, administered as Case No. 09-36591.

IN WITNESS WHEREOF, Assignor has signed below as of the ___ day of ___, 2009

_____
(Signature)

ERIC HORN
(Print Name of Witness)

Gator Tank Rentals, Inc.

_____
(Signature)

Jay I. Schmeyler, Controller
(Print Name and Title)

Pisces Energy, LLC
Gator Tank Rentals, Inc.

13090153