# UNITED STATES BANKRUPTCY COURT

## Southern District of Texas

In re <u>Pisces Energy, LLC.</u>   Case No. <u>09-36591</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TR Capital, LLC</u>
Name of Transferee

<u>Premier Industries, Inc.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

TR CAPITAL, LLC
Attn: TERREL ROSS
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570

Phone: <u>516-255-1801</u>
Last four digits of Acct#: <u>n/a</u>

Court Claim # (if known): <u>151</u>
Amount of Claim: <u>$19,671.75</u>
Date Claim Filed: <u>December 4, 2009</u>

Phone: <u>504-392-7033</u>
Last four digits of Acct.#: <u>n/a</u>

Premier Industries, Inc.
850 Engineers Road
Belle Chase, LA 70037

Name and address where transferee payments should be sent (if different from above):

Phone: <u>n/a</u>
Last four digits of Acct#: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>            Date: <u>December 30, 2009</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of Texas
Houston Division
Attention: Clerk

AND TO: PISCES ENERGY, LLC   ("Debtor")

Case No.09-36591-H5-11

Claim # 151

**Premier Industries, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TR CAPITAL, LLC**
265 Sunrise Highway, Suite 42
Rockville Centre, NY 11570
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the aggregate amount of **$19,671.75.** ("Claim") as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 DAY OF DECEMBER, 2009.

ASSIGNOR: Premier Industries, Inc.

_____
(Signature)

SAM POOLE
(Print Name)

PRESIDENT
(Title)

ASSIGNEE: TR CAPITAL, LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

AMENDED SCHEDULE F-1

| Name | Address1 | Address2 | Address3 | Address4 | Address5 | Acct No. | Contingent | Unliquidated | Disputed | Nature of Claim | As Filed ClaimAmt (1) | Revisions | Payments (2) | As Amended ClaimAmt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ONLINE RESOURCES, INC. (ORXY RESOURCES) | 400 POYDRAS ST., STE 1100 | | NEW ORLEANS, LA 70130 | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 |
| ONYX OFFSHORE, INC. | 802 N CARANCAHUA, STE. 575 | | CORPUS CHRISTI | TX | 78470 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| OTTINGER HEBERT, LLC | 1313 WEST PINHOOK ROAD | P.O. BOX DRAWER 52606 | LAFAYETTE | LA | 70505-2606 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| OVATION DATA SERVICES, INC. | 14199 WESTFAIR EAST DRIVE | | HOUSTON | TX | 77041-1105 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| OWL | 14915 CAROLS WAY | | HOUSTON, TX 77070 | | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| OXY USA INC | P.O. BOX 841803 | | DALLAS | TX | 75284-1803 | | | | | OVERRIDE ROYALTY INTEREST | 2,535.95 | 947.11 | 0.00 | 3,483.06 |
| PACER SERVICE CENTER | P.O. BOX 70951 | | CHARLOTTE | NC | 28272-0951 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PACIFIC-GULF WIRE ROPE, INC | 1504 ENGINEERS ROAD | | BELLE CHASSE | LA | 70037 | | | | | TRADE PAYABLE | 814.38 | 0.00 | 0.00 | 814.38 |
| PALM ENERGY OFFSHORE, L.L.C. | 3850 N. CAUSEWAY BLVD | SUITE 1770 | METAIRIE | LA | 70002 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PANEL SPECIALISTS, INC. | P.O. BOX 4239 | | HOUMA | LA | 70361-4239 | | | | | TRADE PAYABLE | 7,585.63 | 0.00 | 0.00 | 7,585.63 |
| PANTHER HELICOPTERS, INC. | 2017 ENGINEERS RD | | BELLE CHASSE, LA 70037 | | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PARAGON INDUSTRIES, INC. | P.O. BOX 2382 | | MORGAN CITY | LA | 70381 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PARKER DRILLING OFFSHORE LLC | P.O. BOX 842043 | | DALLAS | TX | 75284-2043 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PATHFINDER ENERGY SERVICES INC | P.O. BOX 200641 | | DALLAS | TX | 75320-0641 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PATRICK MURPHY | 1043 TALLOWTREE DRIVE | | MANDEVILLE | LA | 70448 | | | | | TRADE PAYABLE | 9,202.66 | 0.00 | 0.00 | 9,202.66 |
| PATTERSON SERVICES, INC. | P.O. BOX 200522 | | HOUSTON | TX | 77216 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PATTERSON SERVICES, INC. | P.O. BOX 1680 | | HOUSTON | TX | 77055 | | | | | TRADE PAYABLE | 0.00 | 13,909.70 | 0.00 | 13,909.70 |
| PAUL'S AGENCY, INC. | 1127 GLOURIE DR | | HOUSTON | TX | 77055 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PELICAN ENERGY CONSULTANTS LLC | 73100 E. STADIUM DRIVE | | COVINGTON | LA | 70433 | | | | | OVERRIDE ROYALTY INTEREST | 0.00 | 14,433.53 | 0.00 | 14,433.53 |
| PEREGRINE OIL & GAS, L.P. | 3 RIVERWAY, SUITE 1750 | | HOUSTON | TX | 77056 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PERFORMANCE ENERGY SERVICES | P.O. BOX 7096 | | HOUMA | LA | 70361 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PETROQUIP ENERGY SERVICES,LP | 15150 MEMORIAL DRIVE | | HOUSTON | TX | 77079 | | | | | TRADE PAYABLE | 22,046.64 | 0.00 | 0.00 | 22,046.64 |
| PCS | P.O. BOX 122142 | | DALLAS | TX | 75312-2142 | | | | | TRADE PAYABLE | 45,765.00 | 0.00 | 0.00 | 45,765.00 |
| PETRONYX, LLC | P.O. BOX 740309 | DEPT. 2142 | NEW ORLEANS | LA | 70174-0309 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PETRON INDUSTRIES, INC. | P.O. BOX 41156 | | LAFAYETTE | LA | 77241-1156 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PETROLEUM LABORATORIES, INC. | 333 EAST KALISTE SALOOM ROAD | | LAFAYETTE | LA | 70508 | | | | | TRADE PAYABLE | 9,583.99 | 0.00 | 0.00 | 9,583.99 |
| PETROLEUM COMPTROLLER SERVICES | 7211 REGENCY SQUARE | SUITE 225 | HOUSTON | TX | 77036 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PIONEER CONTRACT SERVICES, INC. | P.O. BOX 54898 | | NEW ORLEANS | LA | 70154-4898 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PIONEER NATURAL RESOURCES USA | 3110 NORTH 19TH AVENUE | | PHOENIX | AZ | 85015 | | | | | OVERRIDE ROYALTY INTEREST | 119,317.74 | 62,716.47 | 0.00 | 56,601.27 |
| PITNEY BOWES INC. | PO BOX 856390 | | LOUISVILLE | KY | 40285-6390 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PLANS MARKETING, L.P. | PO BOX 4648 | ATTN: NICHELLE MOORE | HOUSTON | TX | 77210-4648 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PLANO | SALES TAX DIVISION | 8056 HIGHWAY 23, SUITE 201C | BELLE CHASSE | LA | 70013 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PLAQUEMINES PARISH | P.O. BOX 2955 | | SLIDELL | LA | 70459-2955 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PLATFORM CRANE SERVICES, INC. | P.O. BOX 848093 | | DALLAS | TX | 75284-8093 | | | | | TRADE PAYABLE | 540.00 | 0.00 | 0.00 | 540.00 |
| PLATTS | P.O. BOX 841184 | | DALLAS | TX | 75284-1184 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| POLARIS E & E SERVICES, INC. | 24 WAITAWAY AVENUE, STE. 740 | | THE WOODLANDS | TX | 77380 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTER & HEDGES | 1100 LOUISIANA, STE 174.174 | | HOUSTON, TX 77002 | | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| POSEIDON OIL PIPELINE CO. | 130 NORTH BERNARD | | BROUSSARD | LA | 70518 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| POWERHOUSE, INC. | P.O. BOX 5967, DREW STATION | | LAKE CHARLES | LA | 70606-5967 | | | | | TRADE PAYABLE | 156,878.40 | 5,138.21 | 0.00 | 162,016.61 |
| PRECISION TOOLS & MACHINING, INC. | P.O. BOX 122208 | | NEW IBERIA | LA | 70562 | | | | | TRADE PAYABLE | 2,305.37 | 0.00 | 0.00 | 2,305.37 |
| PREFERRED ELECTRIC, INC. | 2307 MOMENTUM PLACE | | CHICAGO | IL | 60689-5323 | | | | | TRADE PAYABLE | 23,020.17 | 1,791.15 | 0.00 | 24,811.32 |
| PREHEAT, INC. | 3450 PETERS ROAD | | HARVEY | LA | 70059 | | | | | TRADE PAYABLE | 6,441.50 | 0.00 | 0.00 | 6,441.50 |
| PREMIER INDUSTRIES, INC. | P.O. BOX 70 | | HARVEY | LA | 70059 | | | | | TRADE PAYABLE | 23,695.40 | 0.00 | 0.00 | 23,695.40 |
| PREMIER REELED TUBING SERVICES LLC | SUITE 300 | | HOUSTON | TX | 77060 | | | | | TRADE PAYABLE | 19,671.25 | 0.00 | 0.00 | 19,671.25 |
| PREMIUM WELL SERVICES, LLC | 397 N. SAM HOUSTON PKWY E. | | HOUSTON | TX | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PRICE, PRESTONA | 1253 PETROLEUM PARKWAY | | BROUSSARD | LA | 70518 | | | | | OVERRIDE ROYALTY INTEREST | 16.25 | 0.97 | 0.00 | 17.22 |
| PRIME TANK, L.L.C. | P.O. BOX 701 | | MANDEVILLE | LA | 70470 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PROCESS PIPING MATERIALS, INC. | P.O. BOX 3307 | | LAFAYETTE | LA | 70562-2107 | | | | | TRADE PAYABLE | 0.00 | 3,555.00 | 0.00 | 3,555.00 |
| PROCESS SOLUTIONS & PRODUCTS | P.O. BOX 12107 | | NEW IBERIA | LA | 70562 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PRODUCTION ENHANCEMENT GROUP TECHNOLOG | 107 GARBER RDM | | MANDEVILLE | LA | 70470 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PRODUCTION FIRE AND SAFETY, LL | P.O. BOX 146 | | LAFAYETTE | LA | 70506 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PRODUCTION INLAND CREWS LLC | P.O. BOX 52345 | | LAFAYETTE | LA | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PRODUCTION MANAGEMENT INDUSTRIES, L.L.C., DEPT. 2208 | | | DALLAS | TX | 75312-2208 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PRODUCTION WIRELINE & CASED HOLE SERVICES GROUP, LLC | 110 THRUWAY PARK ROAD | | BROUSSARD | LA | 70518 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL FLUID SERVICES, LLC | P.O. BOX 80033 | | LAFAYETTE, LA 70598 | | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PROFESSIONAL WIRELINE RENTALS | 1016 N. CRUSE AVE | | BROUSSARD | LA | 70518 | | | | | TRADE PAYABLE | 49,576.25 | 0.00 | 20,219.59 | 49,576.25 |
| PROGRESSIVE TECHNICAL SERVICES | 1112 ENGINEERS ROAD, STE. 300 | | BELLE CHASSE | LA | 70037 | | | | | TRADE PAYABLE | 19,762.14 | 0.00 | 0.00 | 19,762.14 |
| PROSERV DECOMMISSIONING | 13105 NW FREEWAY, STE 250 | | HOUSTON | TX | 77040 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PROTECH FIRE & SAFETY, INC. | CONTRACTORS & ENGINEERS, INC. | | HOUSTON | TX | | | | | | TRADE PAYABLE | 2,360.41 | 0.00 | 0.00 | 2,360.41 |
| PSC INDUSTRIAL OUTSOURCING | P.O. BOX 7727 | GROUP, INC. | HOUSTON | TX | 77253-3070 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| PUP JOINT, INC. | P.O. BOX 3070 | | HOUMA | LA | 70363 | | | | | TRADE PAYABLE | 518.99 | 2,877.61 | 0.00 | 3,396.60 |
| PURCHASE POWER | 301 REDMOND ROAD | | LOUISVILLE | KY | | | | | | TRADE PAYABLE | 17,341.78 | 0.00 | 0.00 | 17,341.78 |
| PURINA, DAVID A | 2504 BRENTWOOD DRIVE | | HOUSTON | TX | 77019 | | | | | OVERRIDE ROYALTY INTEREST | 0.00 | 0.00 | 0.00 | 0.00 |
| QUALITY COMPANIES | 129 HIGHWAY 89 | | LAFAYETTE, LA 70508 | | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| QUALITY CONSTRUCTION & PRODUCTION | P.O. BOX 3307 | | LAFAYETTE | LA | 70502 | | | | | TRADE PAYABLE | 27,574.00 | 0.00 | 0.00 | 27,574.00 |
| QUALITY DOCKSIDE, LLC | P.O. BOX 27 | | BELLE CHASSE | LA | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| QUALITY ENERGY SERVICES, INC. | P.O. BOX 3190 | | HOUMA | LA | 70361 | | | | | TRADE PAYABLE | 31,644.20 | 322.50 | 0.00 | 31,644.20 |
| QUALITY PRODUCTION MANAGEMENT, LLC | P.O. BOX 3307 | | BELLE CHASSE | LA | 70037 | | | | | TRADE PAYABLE | 41,682.00 | 322.50 | 0.00 | 42,004.50 |
| QUALITY WELDING & FABRICATING INC. | P.O. BOX 1020 | SUITE 150 | HOUSTON | TX | | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| R.E.M. SOLUTIONS, INC. | 16200 KATY FREEWAY | | HOUSTON | TX | 77094 | | | | | TRADE PAYABLE | 37,827.05 | 183.75 | 0.00 | 38,010.80 |
| RALPH E DAVIS ASSOCIATES INC | 1717 ST. JAMES PLACE, STE. 460 | | HOUSTON | TX | 77056 | | | | | TRADE PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| RAMSHORN INVESTMENTS INC | P.O BOX 974151 | | DALLAS | TX | 75397-4151 | | | | | OVERRIDE ROYALTY INTEREST | 10,565.81 | 336.20 | 0.00 | 1,757.46 |
| RANGER SPECIALTY SUPPLY & CONTROL SYSTEMS | P.O. BOX 1289 | | BROUSSARD | LA | 70518 | | | | | TRADE PAYABLE | 1,757.46 | 0.00 | 0.00 | 1,757.46 |