UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| PISCES ENERGY, LLC and | § | CASE NO. 09-36591-H5-11 |
| PALM ENERGY PARTNERS, LLC | § | CASE NO. 09-36593-H5-11 |
| | § | |
| Debtors. | § | Jointly Administered Under |
| | § | Case No. 09-36591-H5-11 |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

PLEASE TAKE NOTICE the Effective Date for the *Debtors' and Macquarie Bank Limited's Joint Plan of Reorganization, as Modified,* of the above-styled Debtors occurred on the 26th day of January, 2010, and that substantial consummation of the Plan has occurred.

Dated:  January 26, 2010.

Respectfully submitted,

**HAYNES AND BOONE, LLP**

  */s/ Patrick L. Hughes*
Patrick L. Hughes
Texas Bar No. 10227300
Karl Burrer
Texas Bar No. 24043584
Peter C. Ruggero
Texas Bar No. 24044376
1221 McKinney Street, Suite 2100
Houston, Texas  77010
Telephone:  (713) 547-2000
Facsimile:  (713) 547-2600

- and -

Paul J. Goodwine
**SCHULLY, ROBERTS,
   SLATTERY & MARINO**
1100 Poydras St., Suite 1800
Energy Centre
New Orleans LA 70163
Business Phone:  (504) 585-7800
Business Fax:  (504) 585-7890

**COUNSEL TO DEBTORS-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served on the parties listed on the *Debtors' Master Service List (as of December 7, 2009)* via first class US Mail, postage prepaid and properly addressed on January 26, 2010, and upon the parties eligible to receive service through the Clerk's Office CM/ECF noticing facilities.

      */s/ Patrick L. Hughes*
      Patrick L. Hughes