


ENTERED
06/11/2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PISCES ENERGY LLC | § | C.A. NO. 09-36591-H5-11 |
| PALM ENERGY PARTNERS, LLC | § | C.A. NO. 09-36593-H5-11 |
| | § | |
| | § | Jointly Administered Under |
| | § | C.A. 09-36591-H5-11 |
| | § | |
| REORGANIZED DEBTORS | § | (CHAPTER 11) |

**ORDER DENYING REORGANIZED DEBTORS' MOTION FOR SUMMARY JUDGMENT [DOC. 823]**

On consideration of Reorganized Debtors' Motion for Summary Judgment [Doc. 823], the Court having considered the motion, the response, and oral arguments of counsel on June 2, 2010, is of the opinion that the motion should be DENIED. It is therefore,

ORDERED that Reorganized Debtors' Motion for Summary Judgment is DENIED.[1]

SIGNED this 11th day of June, 2010.

KAREN K. BROWN,
UNITED STATES BANKRUPTCY JUDGE

[1]See Docket Texas of Courtroom Minutes entered on June 3, 2010.

Case 4-09-bk-36591 Document 851 Filed in TXSB on 06/09/2010 Page 2 of 2

SUBMITTED AND ENTRY REQUESTED:

*/s/ Ronald J. Savoie*
RONALD J. SAVOIE
Jackson & Jackson, P.L.L.C.
111 Founders Drive, Suite 400
Baton Rouge, LA 70810
225-756-8801 PH
225-208-1080 FX

-and-

LISA M. NORMAN
Cokinos, Bosien & Young
Bar No. 24037190
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, Texas 77010
(713) 535-5500 PH
(713) 535-5533 FX

COUNSEL FOR DOERLE FOOD SERVICES, LLC

F:\WPDOCS\3982002\PLDGS\Doerle Resp to MSJ\Order denying Pisces MSJ.wpd