IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| PISCES ENERGY, LLC and | § | Case No. 09-36591 |
| PALM ENERGY PARTNERS, LLC | § | Case No. 09-36593 |
| | § | Jointly Administered Under |
| Debtors. | § | Case No. 09-36591 |

### EOG RESOURCES, INC.'S RESPONSE TO REORGANIZED DEBTORS' AMENDED OBJECTION TO PROOF OF CLAIM
**(Relates to Dkt. No. 846)**

EOG Resources, Inc. ("EOG") files this Response to the Reorganized Debtors' Amended Objection to Proof of Claim filed by EOG Resources, Inc. ("Amended Objection") (doc. no. 846) In support thereof, EOG respectfully states as follows:

1.  The Reorganized Debtors filed their initial objection to, among other things, EOG's Proof of Claim number 123 (the "JIB Claim") on March 24, 2010 (doc. no. 737).. EOG filed a response to that objection on April 21, 2010 (the "Initial Response") (doc. no. 776).

2.  The Initial Response, as it relates to the JIB Claim, is incorporated herein as if fully restated.

3.  The Amended Objection, by its own terms, does not include any additional bases for objection and, therefore, EOG has no further response.  Nonetheless, the Amended Objection provides that a review of the invoices comprising the JIB Claim is still under way "so a further amendment relating to the JIB Claim can presently be made."  To the extent that the Reorganized Debtors amend their objection to the JIB Claim, EOG reserves its rights to amend, supplement and modify this response as appropriate.

-2-

WHEREFORE, premises considered, EOG requests that this Court (i) deny the relief sought by the Debtors in their Amended Objection to Proof of Claim filed by EOG Resources, Inc., (ii) allow the EOG timely filed proof of claims filed as claim number 123, and (iii) grant such other relief as is appropriate both in equity and at law.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By:  */s/ Jason G. Cohen*
     Marcy E. Kurtz
     Texas Bar No. 11768600
     Marcy.Kurtz@bgllp.com
     Jason G. Cohen
     Texas Bar No. 24050435
     Jason.Cohen@bgllp.com
     711 Louisiana, Suite 2300
     Houston, Texas 77002
     Telephone:   (713) 223-2300
     Facsimile:   (713) 221-1212

**ATTORNEYS FOR EOG RESOURCES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2010, a true and correct copy of this document was served on all parties entitled to receive notice via the court's ECF noticing system.

*/s/ Jason G. Cohen*